# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: CaaStle, Inc., <br><br> Debtor. | Chapter 7 <br> Case No. 25-11187-BLS |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CAASTLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KSV CAASTLE HOLDINGS L.P., KSV CAASTLE HOLDINGS II L.P, and P180 Inc., <br><br> Defendants. | Adv. Pro. No.: 25-52349-BLS |

## ORDER APPROVING STIPULATION RE: TRUSTEE'S PRELIMINARY INJUNCTION MOTION AS TO P180, INC.

The Court having considered the *Stipulation Re Trustee's Preliminary Injunction Motion as to P180, Inc.* between George L. Miller, Chapter 7 Trustee for debtor CaaStle, Inc. and defendant P180, Inc., a copy of which is attached hereto as Exhibit 1 (the "Stipulation"), and the Court having determined that good cause exists for approval of the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order shall be effective immediately upon its entry.

3. This Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: November 19th, 2025
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**